UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,  )
       Plaintiff,  )  MJ No. 10-311-1
vs.  )  Order to Quash Warrant
OCTAVIO ALVAREZ FLORES,  )
       Defendant.  )

The Court hereby quashes the arrest warrant issued on October 4, 2010.

DATED this 5th day of October, 2010.

CYNTHIA IMBROGNO
United States Magistrate Judge

Order Of Dismissal With Prejudice - 1
P01005DD.AAD.wpd