# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.    **Octavio Alvarez Ruelas**    Docket No.    **2:10CR06089-001**

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Octavio Alvarez Ruelas who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 19th day of October 2010 under the following conditions:

Standard Condition No. 28: Prohibited substance testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the pretrial service office for determining whether the defendant is using a prohibited substance. Such methods shall be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. So mutual releases shall be executed to permit communication between the court, pretrial services, and the treatment vendor. Treatment shall not interfere with the defendant's court appearances.

Standard Condition No. 29: Defendant shall participate in one or more of the following home confinement programs(s): Electronic Monitoring. The Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Octavio Alvarez Ruelas is considered in violation of his pretrial supervision in the Eastern District of Washington by failing to report for urine drug testing on January 24, 2011.

**Violation No. 2:** Octavio Alvarez Ruelas is considered in violation of his pretrial supervision in the Eastern District of Washington by being absent from his residence without permission on January 24, 2011, from 5:48 p.m. to 6:19 p.m.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    1/26/2011

by    s/Curtis G. Hare

Curt Hare
U.S. Probation Officer

PS-8
Re: Vause, Joshua
November 15, 2010
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[XX] The Issuance of a Summons
[ ] Other

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

1/26/11

Date