## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2020

SEAN F. McAVOY, CLERK

### REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Octavio Alvarez Ruelas
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson
Docket No:  2:10CR06089-RMP-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county.  The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Octavio Alvarez Ruelas to travel out of the country.

Respectfully submitted by,

s/Jose Zepeda                           04/24/2020
Jose Zepeda                             Date
Supervisory U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

_Rosanna Malouf Peterson_
Signature of Judicial Officer

4/24/2020
Date