# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2020

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Octavio Alvarez Ruelas
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson
Docket No: 2:10CR06089-RMP-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation Officer is seeking the Court's approval for Octavio Alvarez Ruelas to travel out of the country.

Respectfully submitted by,

s/Jose Zepeda                           09/25/2020
Jose Zepeda                             Date
Supervisory U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

_____
Signature of Judicial Officer

9/25/2020
Date